An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DON R. KORNSTEIN, AN INDIVIDUAL; THOMAS M. BENNINGER, AN INDIVIDUAL; SCOTT D. HENRY, AN INDIVIDUAL; MICHAEL RUMBOLZ, AN INDIVIDUAL; DAVID M. ROSS, AN INDIVIDUAL; AND AFFINITY GAMING, A NEVADA CORPORATION,

Appellants,

vs.

Z CAPITAL PARTNERS, L.L.C., A DELAWARE LIMITED LIABILITY COMPANY; Z CAPITAL SPECIAL SITUATIONS FUND HOLDINGS I, L.L.C., A DELAWARE LIMITED LIABILITY COMPANY; Z CAPITAL SPECIAL SITUATIONS FUND HOLDINGS II, L.L.C., A DELAWARE LIMITED LIABILITY COMPANY; Z CAPITAL HG, L.L.C., A DELAWARE LIMITED LIABILITY COMPANY; Z CAPITAL HG-C, L.L.C., A DELAWARE LIMITED LIABILITY COMPANY,

Respondents.

No. 63177

FILED

AUG 07 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

The parties' stipulation to dismiss this appeal, with each party to bear their own fees and costs, is approved. NRAP 42(b). Accordingly, this appeal is dismissed.

It is so ORDERED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Saitta

14-25928

cc: Hon. Mark R. Denton, District Judge
Brownstein Hyatt Farber Schreck, LLP/Las Vegas
Pisanelli Bice, PLLC
Kirkland & Ellis LLP/Washington DC
Kirkland & Ellis LLP/New York
Lionel Sawyer & Collins/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A